# United States Court of Appeals
## For the First Circuit

---

No. 07-1384

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff, Appellant,

v.

JAMES TAMBONE AND ROBERT HUSSEY,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion en banc of this Court issued on March 10, 2010, is amended as follows:

On page 40, line 1, insert a second "R" in Judge Torruella's last name to read: "TORRUELLA"